**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00577-REB-NYW

STEFAN KAELIN,

      Plaintiff,

v.

DEUTSCHE BANK TRUST COMPANY AMERICAS,
As Trustee for Residential Accredit Loans, Inc. Pass Through Certificates 2006-Q 06,
NATIONSTAR MORTGAGE, LLC, and
JANEWAY LAW FIRM, P.C.,

      Defendants.

---

**ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE**

---

      IT IS ORDERED that a Scheduling Conference is set for **April 19, 2016 at 2:00 p.m.**, in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

      A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov. The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference.

      IT IS FURTHER ORDERED that counsel/pro se parties in this case shall hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) and D.C.COLO.LCivR 16.1 and 26.1(a) on or before **twenty-one days prior** to the Scheduling Conference. Pursuant to Fed. R. Civ. P. 26(d) no discovery shall be sought until after the pre-scheduling conference meeting.

      IT IS FURTHER ORDERED the parties shall comply with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1) on or before **fourteen days** after the pre-scheduling conference meeting.

DATED: March 11, 2016                    BY THE COURT:

                                         s/Nina Y. Wang_____
                                         United States Magistrate Judge